IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RASHAD WASHINGTON,<br><br>    Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>    Respondent. | 8:25CV411<br><br>**ORDER** |

  This matter is before the Court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). Filing No. 2. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). The Court has reviewed the application to proceed IFP pursuant to 28 U.S.C. § 1915(a)(1)–(2). Petitioner's trust account information shows that Petitioner's account contained an average monthly balance of $100 or more for the six-month period immediately preceding the filing of the petition. Filing No. 3. Thus, the Court concludes that Petitioner must be required to pay the $5.00 filing fee because Petitioner has the financial ability to do so. *See* 28 U.S.C. § 1915(a). No further review of this case will take place until the fee is paid.

  IT IS THEREFORE ORDERED that:

1.  Petitioner's request to proceed IFP, Filing No. 2, is denied.

2.  Petitioner must pay the $5.00 filing fee within 30 days. Petitioner is warned that if the fee is not paid as required, the Court may dismiss this case without further notice.

2

3. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **July 23, 2025** deadline for Petitioner to pay $5.00 filing fee.

4. No further review of this case will take place until the filing fee is paid.

Dated this 23rd day of June, 2025.

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge